STATE OF NEW JERSEY v. HARVEY CHAMOFF.

May 5, 1980.

Petition for certification denied.

IN THE MATTER OF THE APPLICATION OF THE
ORANGE SAVINGS BANK, ETC.

MOUNTAIN RIDGE STATE BANK v. ESSEX COUNTY STATE
BANK, AND ANGELO R. BIANCHI, COMMISSIONER
OF BANKING.

May 13, 1980.

The motion for leave to appeal is dismissed as moot. (See 172 *N.J.Super.* 275)

STATE OF NEW JERSEY v. FREDERICK WAYNE FASICK.

May 13, 1980.

Petition for certification denied.